UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYON UINARDO CAMPBELL, | No.: 7:21-cv-08635 (CS) |
| Petitioner, | |
| v. | ~~PROPOSED~~ ORDER |
| THOMAS DECKER, *et al.*, | |
| Respondents. | |

Whereas the petitioner brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration Customs Enforcement and is seeking an order from this Court requiring that he be released or be given a constitutionally adequate bond hearing; and

Whereas Petitioner has been released from the custody of Immigration and Customs Enforcement; therefore, at the request of Petitioner, IT IS HEREBY ORDERED ~~IT IS HEREBY REQUESTED~~, that this action is dismissed without prejudice and without costs or attorney's fees to either party. The Clerk shall close the case.

Dated: November 19, 2021

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.